# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1829

_____

RICARDO GOLDEN,

Petitioner,

v.

TOMMY FORD,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

January 28, 2026

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ricardo Golden, pro se, Petitioner.

No appearance for Respondent.